DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEON TAYLOR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2908

[April 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 43-2013-CF-001234A.

Leon Taylor, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, DAMOORGIAN and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***